**Order entered February 16, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00007-CV

## JIM LAKE, INC. A/K/A JIM LAKE COMPANY, Appellant

## V.

## STANTEC CONSULTING SERVICES, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15852**

## ORDER

Before the Court is appellant's February 14, 2023 unopposed first motion for extension of time to file its brief. We note the brief deadline has been suspended pending the Court's determination of its jurisdiction. Accordingly, we **DENY** the motion as moot. The Court will set a new deadline for the brief should it determine it has jurisdiction over the appeal.

/s/ KEN MOLBERG
   JUSTICE